# Third District Court of Appeal
## State of Florida

Opinion filed April 7, 2021.
Not final until disposition of timely filed motion for rehearing.

————————————

No. 3D20-901
Lower Tribunal No. 19-28425

————————————

**Christophe Caucino,**
Appellant,

vs.

**1906 Collins, LLC, a Delaware Limited Liability Company, and Mr. Hospitality, LLC, a Florida Limited Liability Company,**
Appellees.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Valerie R. Manno Schurr, Judge.

David S. Willig, Chartered, and David S. Willig, for appellant.

Dickinson Wright PLLC, and Catherine F. Hoffman and Vijay G. Brijbasi (Fort Lauderdale), for appellees.

Before LOGUE, HENDON, and GORDO, JJ.

PER CURIAM.

Affirmed.